# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

NATAUSHA PRATT,

    Plaintiff,

vs.                     CASE NO. 6:08-CV-301-ORL-19DAB

CENTRAL FLORIDA PULMONARY
GROUP, P.A.,

    Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 27, filed July 29, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 27) is **ADOPTED and AFFIRMED.** The Joint Motion to Dismiss the Action With Prejudice (Doc. No. 22, filed July 3, 2008) is **GRANTED.** The Settlement Agreement is hereby **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues, and this case is **DISMISSED WITH PREJUDICE.** The Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this  13th  day of August, 2008.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record